**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Antonio Deaunte Simpkins, Appellant.

Appellate Case No. 2019-000656

———————

Appeal From Aiken County
Clifton Newman, Circuit Court Judge

———————

Unpublished Opinion No. 2021-UP-386
Submitted October 1, 2021 – Filed November 3, 2021

———————

**APPEAL DISMISSED**

———————

Appellate Defender David Alexander, of Columbia; and
Antonio Deaunte Simpkins, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.